167 A.3d 1287

IN THE MATTER OF ANGELA M. ROPER, AN ATTORNEY AT LAW (ATTORNEY NO. 033911988)

September 11, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–067, concluding that **ANGELA M. ROPER** of **TOTOWA**, who was admitted to the bar of this State in 1988, should be censured for violating *RPC* 1.7(a)(2)(conflict of interest with a client), *RPC* 1.10(a)(imputation of conflict of interest), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ANGELA M. ROPER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.